UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　v.<br>WILLIAM DALE WOODEN,<br>　　　　　Defendant. | No. 3:15-cr-12<br><br>Judge Varlan |

## NOTICE OF APPEAL

Consistent with Federal Rule of Appellate Procedure 4(b)(1)(B)(i), the United States of America hereby appeals to the United States Court of Appeals for the Sixth Circuit from this Court's order (Doc. 125), entered June 8, 2022, and the amended judgment (Doc. 129), entered June 29, 2022.

Respectfully submitted,

Francis M. Hamilton III
United States Attorney

By:　*s/ Luke A. McLaurin*
　　　Luke A. McLaurin
　　　Assistant United States Attorney
　　　NY Bar No. 4623849
　　　800 Market Street, Suite 211
　　　Knoxville, Tennessee 37902
　　　Luke.McLaurin@usdoj.gov
　　　(865) 545-4167