# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Docket 3:15-CR-12** |
| | ) | |
| **WILLIAM DALE WOODEN** | ) | |

## NOTICE OF APPEAL

Comes the Defendant, William Dale Wooden, by and through counsel and pursuant to Federal Rule of Appellate Procedure 4(b)(1)(A)(ii) hereby appeals to the United States Court of Appeals for the Sixth Circuit from this Court's order entered June 8, 2022 (Doc. 125), and the Amended Judgment entered on June 29, 2022 (Doc. 129).

Respectfully submitted this the 5th day of August, 2022.

    s/*Michael B. Menefee*
    Michael B. Menefee  BPR 022190
    *Attorney for Defendant, William Wooden*
    MENEFEE & BROWN, P.C.
    9724 Kingston Pike, Suite 505
    Knoxville, TN 37922
    mbm@menefeebrown.com